IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HYPERQUERY LLC § | |
| § | |
| v. § | CASE NO. 2:23-cv-00007 [JRG/RSP] |
| § | JURY TRIAL DEMANDED |
| LG ELECTRONICS U.S.A., INC. § | |

**JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER**

Plaintiff HyperQuery LLC and Defendant LG Electronics U.S.A., Inc. file this Joint Motion for Entry of the attached Agreed Docket Control Order.

Dated:  April 11, 2023                Respectfully submitted,

By: */s/ William P. Ramey, III, with permission by Shaun W. Hassett*
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
Jeffrey E. Kubiak
Texas Bar No. 24028470
Jkubiak@rameyfirm.com
Jacob Henry
Texas Bar No. 00790868
jhenry@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Tel: 713-426-3923
Fax: 832-900-4941

**ATTORNEYS FOR PLAINTIFF**


By: */s/ Shaun W. Hassett*
Michael E. Jones (State Bar No. 10929400)
mikejones@potterminton.com
Shaun W. Hassett (State Bar No. 24074372)
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and Defendant have met and conferred with regard to the relief requested in this motion. This motion is being filed jointly.

*/s/ Shaun W. Hassett*
